JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON E. RUNYON and DONNA M. RUNYON, individuals, d.b.a. Affordable Packaging,<br><br>Plaintiffs,<br><br>v.<br><br>CDC, S.A. de C.V., a foreign corporation; THE PATRON SPIRITS COMPANY, a Nevada corporation, PATRON SPIRITS INTERNATIONAL AG, a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:11-cv-00948-CJC(RNBx)<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 58(b)] |

# JUDGMENT

On October 27, 2011, defendants moved to dismiss plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  (*See* Dkt. No. 12.)  Plaintiffs did not oppose the motion, and, on November 28, 2011, the Court granted the motion.  (*See* Dkt. No. 16).  The Court granted plaintiffs leave to file an amended complaint within 20 days.  (*See id.*)  The 20-day period has elapsed, and plaintiffs have not filed an amended complaint.

NOW, THEREFORE, THIS COURT HEREBY:

1.   Dismisses with prejudice all claims against defendants The Patrón Spirits Company, Patrón Spirits International AG, and CDC, S.A. de C.V., now known as Patrón Spirits Mexico, S.A. de C.V.;

2.   Enters judgment for defendants The Patrón Spirits Company, Patrón Spirits International AG, and CDC, S.A. de C.V., now known as Patrón Spirits Mexico, S.A. de C.V., as to each of plaintiffs' claims herein; and

3.   Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, defendants shall receive from plaintiffs their costs of suit incurred herein in the amount of $350.

SO ORDERED this 29th day of December, 2011.

_____
The Honorable Cormac J. Carney
United States District Judge

IRI-31576v1